UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

ANDREW MADRID                                          CIVIL ACTION NO. 21-cv-349

VERSUS                                                 JUDGE S. MAURICE HICKS

LINDSEY MICHELLE FONTENOT                              MAGISTRATE JUDGE KAY

## JUDGMENT

For the reasons assigned in the Report and Recommendation (Rec. Doc. 7) of the

Magistrate Judge previously filed herein, and having thoroughly reviewed the record,

including the written objections filed (Rec. Doc. 8), and concurring with the findings of the

Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Complaint (Rec. Doc. 1) be **DENIED**, and the

matter is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 11th day of

October, 2022.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT